## PHELAN HALLINAN DIAMOND & JONES, LLP

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Jerome Blank, Esquire                                                                                              REPRESENTING LENDERS IN
BANKRUPTCY ATTORNEY                                                                                        Pennsylvania

1/9/2018

BRAD J. SADEK, ESQUIRE
1315 Walnut Street, Suite 502
PHILADELPHIA, PA 19107
**SENT VIA REGULAR MAIL AND FAX TO (215) 545-0611**

RE:    OUMOU STATON A/K/A QUMOU THOMAS
       Bankruptcy No.:  17-11141 AMC

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on October 27, 2017.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of November 2017 through January 2018 in the amount of $808.50. In order to cure this default, it will be necessary for your client to remit $2,425.50, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

**Your clients' payment to cure this default should be remitted to:  Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103, ATTN: BANKRUPTCY DEPT. and made payable to BANK OF AMERICA, N.A. (PLANO, TX).**

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

JASON SEIDMAN, Legal Assistant
Phelan Hallinan Diamond & Jones, LLP

cc:    OUMOU THOMAS
       STEPHEN THOMAS
       WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
       UNITED STATES TRUSTEE
       BANK OF AMERICA, N.A. (PLANO, TX)
       ATTENTION:  BANKRUPTCY DEPARTMENT
       ACCOUNT NO.: XXXXX640

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY