UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: :  <br>    Omou Staton                                                 : <br>    Debtor                                                     )   : | Chapter 13 <br><br> Case No.: 17-11141 |

CERTIFICATE OF SERVICE

     I Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Motion To Reconsider the February 12, 2018 Order Modifying the Automatic Stay by Regular US Mail or electronic means on all creditors and the following parties.

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


**JEROME B. BLANK**
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

                                                                                            Respectfully submitted,

Dated: February 19, 2018                               /s/ Brad J. Sadek, Esquire
                                                                  Brad J. Sadek, Esquire
                                                                   Sadek and Cooper
                                                                   1315 Walnut Street
                                                                   Suite 502
                                                                   Philadelphia, PA 19107