UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Omou Staton | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-11141 |

## ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of the Motion to Reconsider the February 12, 2018 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the Automatic Stay shall be reinstated as to all Creditors.

FURTHER ORDERED:

_____
J.