# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Oumou Staton | : | |
| A/K/A Oumou Thomas | : | Chapter 13 |
| Debtors | : | |
| | : | Bankruptcy No. 17-11141 AMC |
| Oumou Staton | : | |
| A/K/A Oumou Thomas | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Bank of America, N.A | : | |
| Respondent | : | |

## RESPONSE OF BANK OF AMERICA, N.A TO MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY

Respondent, Bank of America, N.A by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to Motion to Reconsider Order Modifying Automatic Stay and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted only that if funds are tendered that are insufficient to completely cure the arrearage, they will be returned.

8. No Response necessary.

9. The amount need to cure thru February 2018 is $3,234.00

**WHEREFORE**, Respondent, Bank of America, N.A. respectfully requests that this Honorable Court deny Motion to Reconsider Order Modifying Automatic Stay in its entirety.

                                                                          Respectfully submitted,

Date:  March 5, 2018                               /s/ Jerome Blank, Esquire
                                                                       Jerome Blank, Esq., Id. No.49736
                                                                       Phelan Hallinan Diamond & Jones, LLP
                                                                       1617 JFK Boulevard, Suite 1400
                                                                       One Penn Center Plaza
                                                                       Philadelphia, PA 19103
                                                                       Phone Number: 215-563-7000 Ext 31625
                                                                       Fax Number: 215-568-7616
                                                                       Email: jerome.blank@phelanhallinan.com