IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
OUMOU STATON
A/K/A OUMOU THOMAS
STEPHEN THOMAS (NON-FILING CO-DEBTOR)

CHAPTER 13

BK. No. 17-11141 AMC

Debtors

## ORDER

AND NOW, this ___ day of _____, 2018, it is hereby **ORDERED** that the foregoing Stipulation by and among Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, BANK OF AMERICA, N.A, and BRAD J. SADEK, counsel for the Debtor is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: June 7, 2018**

ASHELY M. CHAN,
Bankruptcy Judge

PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA 19103

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107