**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    OUMOU STATON                             Chapter 13

                    Debtor               Bankruptcy No. 17-11141-AMC

## CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                    Respectfully submitted,

                                    /s/ William C. Miller
                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee
                                    P.O. Box 1229
                                    Philadelphia, PA 19105
                                    Telephone: (215)627-1377