# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** OUMOU STATON

: **CHAPTER 13**

:

: **BANKRUPTCY NO.** 17-11141-ELF

:

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                                      Respectfully submitted,

**3/21/2022**

                                                                   /s/ KENNETH E. WEST

                                                                    KENNETH E. WEST, Esquire
                                                                    Chapter 13 Standing Trustee
                                                                    P.O. Box 40837
                                                                    Philadelphia PA 19107
                                                                    Phone: 215-627-1377