Certificate Number: 03088-PAE-DE-036430357

Bankruptcy Case Number: 17-11141



03088-PAE-DE-036430357

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2022, at 8:13 o'clock AM CDT, Oumou Staton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 28, 2022          By:    /s/Cruz Villarreal

                               Name:  Cruz Villarreal

                               Title: Counselor