United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Oumou Staton  
    Debtor

Case No. 17-11141-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Mar 29, 2022     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oumou Staton, 1336 Sharpnack Street, Philadelphia, PA 19150-2118 |
| 14013751 | | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 13921153 | | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14566045 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14207823 | | Bank of America, NA, c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13868570 | + | Central Financial Control, P.O. Box 66044, Anaheim, CA 92816-6044 |
| 13868576 | + | Federated Collection, 2775 Cruse Road, Lawrenceville, GA 30044-7140 |
| 13868579 | + | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 13868580 | + | Phelan Hallinan, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 13868582 | + | Security Check, 2612 Jackson Ave W, Oxford, MS 38655-5405 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 29 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 29 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13936500 | | Email/Text: bnc@atlasacq.com | Mar 29 2022 23:54:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 13926139 | | Email/Text: bnc@atlasacq.com | Mar 29 2022 23:54:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601, Attn: Avi Schild |
| 13925212 | | Email/Text: bnc@atlasacq.com | Mar 29 2022 23:54:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13881967 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:54:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13868569 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:54:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 13963661 | | Email/Text: megan.harper@phila.gov | Mar 29 2022 23:54:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13868572 | + | Email/Text: megan.harper@phila.gov | Mar 29 2022 23:54:00 | City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102-1663 |

Case 17-11141-elf    Doc 105    Filed 03/31/22    Entered 04/01/22 00:30:26    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13868571 | + | Email/Text: megan.harper@phila.gov | Mar 29 2022 23:54:00 | City of Philadelphia, Department of Revenue, P.O. Box 148, Philadelphia, PA 19105-0148 |
| 13868573 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 29 2022 23:54:00 | Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 13868574 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 29 2022 23:54:00 | Credit Collections Service, P.O. Box 773, Needham, MA 02494-0918 |
| 13908614 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 29 2022 23:54:00 | Department of Labor and Industry, PO Box 67503, Harrisburg, PA 17106-7503 |
| 13868577 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2022 23:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13929789 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 00:01:36 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13868578 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 29 2022 23:54:00 | Medical Data Systems Inc, 2001 9th Avenue, Suite 312, Vero beach, FL 32960-6413 |
| 13932200 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2022 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13868581 | + | Email/Text: bkdepartment@rtresolutions.com | Mar 29 2022 23:54:00 | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13868575 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2022            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Oumou Staton brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JEREMY J. KOBESKI | on behalf of Creditor Bank of America  NA, As Successor By Merger to Bac Home Loans Servicing, LP etal jkobeski@grenenbirsic.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

JEROME B. BLANK
    on behalf of Creditor Bank of America  NA, As Successor By Merger to Bac Home Loans Servicing, LP etal paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Bank of America  N.A. paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Bank of America  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

THOMAS SONG
    on behalf of Creditor Bank of America  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Oumou Staton
      Debtor(s)

Case No: 17−11141−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/29/22

103 − 99
Form 138OBJ