UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Oumou Staton                                                    Case No: 17-11141

Date:   April 1, 2022

To: BRAD J. SADEK

# NOTICE OF INACCURATE FILING

Re:  **Chapter 13 Debtor's Certifications regarding Domestic Support Obligations and Section 522(q)**

The above pleading was filed in this office on **3/29/2022**      Please be advised that the following document(s) filed contains a deficiency as set forth below:

(XX ) Pleading is not signed by Debtor, **please re-file the document**.

In order for this matter to proceed, please submit the above noted correction within ten (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **Denise_Lavariere@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: Denise Lavariere
Deputy Clerk

CM-ECF 14 day notice.frm
4/21/05