**Fill in this information to identify the case:**

Debtor 1  Oumou Staton aka Qumou Thomas
(Spouse, if filing)

United States Bankruptcy Court for the  EASTERN  District of  Pennsylvania (Philadelphia)

Case number  17-11141 ELF

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account:  6640

**Property address:** 1336 East Sharpnack Street
Number       Name

Philadelphia,    PA    19150
City,       State    Zip

## Part 2: Prepetition Default Payments

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    08/01/2022
MM / DD / YYYY

☐  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                                           (a)  $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:                  + (b)  $ _____

  c. **Total**. Add lines a and b.                                                          (c)  $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:    ___/___/_____
MM / DD / YYYY

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

| Debtor(s) | Oumou Staton | | | Case number (*if known*): 17-11141 ELF |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Rebecca A. Solarz, Esquire
Signature

Date   07/22/2022

Print    Rebecca A. Solarz, Esquire
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company    KML Law Group, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    701    Market Street, Suite 5000
Number    Street

Philadelphia,    PA    19106
City    State    ZIP Code

Contact phone    215-825-6327

Email    rsolarz@kmllawgroup.com